FILED

05/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0162

_____

ROBERT L. ROSE,

      Petitioner and Appellant,

v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of Montana
State Prison,

      Respondents and Appellees.

O R D E R

_____

      Appellant Robert L Rose has filed a 60-day motion for extension of time to file his opening brief. Good cause appearing,

      IT IS HEREBY ORDERED that Appellant has until July 25, 2023, to file his opening brief.

      DATED this 4 day of May, 2023.

               For the Court,

                        _____
                              Chief Justice